AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

RYAN PERKINS
DOB 1977
Newport, RI

## WARRANT FOR ARREST

CASE NUMBER: 1:05-M-116M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Ryan Perkins
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Distributing five grams or more of a mixture and substance containing a detectable amount of cocaine base

RECEIVED
SEP 16 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

in violation of Title 21 United States Code, Section(s) 841(a)(1) and (b)(1)(B)

DAVID L. MARTIN
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

David L Martin
Signature of Issuing Officer

9-15-05 Providence, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Newport, RI by DEA | | |
| DATE RECEIVED 09/16/2005 DATE OF ARREST 09/16/2005 | NAME AND TITLE OF ARRESTING OFFICER Charles Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER Charles Wyant |

This form was electronically produced by Elite Federal Forms, Inc.